```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #:  _____
DATE FILED: 12/22/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Baldor Specialty Foods, Inc.,

                    *Plaintiffs*,

   -against-

Donald A. Baxter et al,

                    *Defendants.*
-----------------------------------------------------------X

**20cv05272 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The Court having been advised that the parties have reached a settlement, it is,

    ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice and costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. In the event the parties require more than the 60 days to finalize the settlement, either party shall submit a letter to the Court. The Clerk of Court is directed to terminate the pending motions, deadlines, conferences, and this case.

Dated:  New York, New York
         December 22, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge